OFFICE OF DISCIPLINARY COUNSEL *v.* HENDERSON.

[Cite as *Disciplinary Counsel v. Henderson* (1999), 87 Ohio St.3d 219.]

(No. 99–1118—Submitted August 25, 1999—Decided November 10, 1999.)

*Jonathan E. Coughlan,* Disciplinary Counsel, and *John K. McManus,* Assistant Disciplinary Counsel, for relator.

***Per Curiam.*** We adopt the findings, conclusions, and recommendation of the board. The sanction of an indefinite suspension from the practice of law " 'is especially fitting * * * where neglect of a legal matter is coupled with a failure to cooperate in the ensuing disciplinary investigation.' " *Disciplinary Counsel v. Boylan* (1999), 85 Ohio St.3d 115, 117, 707 N.E.2d 465, 467, quoting *Warren Cty. Bar Assn. v. Lieser* (1997), 79 Ohio St.3d 488, 490, 683 N.E.2d 1148, 1149. Here, like the attorney in *Boylan,* respondent exhibited a cavalier attitude toward the representation of a client and the ensuing disciplinary investigation. In addition, respondent engaged in a pattern of refusing to respond to multiple investigative inquiries, a duly issued subpoena, and even our show-cause order. Respondent is hereby indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.